

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 16−50518
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Michael James Garvey
330 Walter Godbey Road
West Jefferson, NC 28694
Social Security No.: xxx−xx−6227

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 106 − Individual Summary of Schedules
   Schedules A−J
   Declaration Concerning Schedules
   Statement of Financial Affairs
   Chapter 13 Plan (Local Form 4)
   Local Form 13
   Chapter 13 Statement of Income

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: August 26, 2016                                          Steven T. Salata
                                                                 Clerk of Court

Electronically filed and signed (8/26/16)