FILED
Clerk
U.S. Bankruptcy Court
SEP 06 2016
WDNC
Statesville, NC

UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Statesville Division

In Re: Michael James Garvey                                Bankruptcy Case No.: 16-50518

SSN/ITIN: xxx-xx-6227
Debtor                                                     Chapter: 13

## MOTION FOR EXPANSION OF TIME

COMES NOW, Debtor, Michael James Garvey and according to Rule 1007 (c), states:

1. Debtor has been diligently working on the items listed in the Clerk's Deficiency Notice sent to him on 8/26/16 concerning deficiencies of required documents, Debtor's Chapter 13 Plan and Schedules, received on 9/1/16;

2. Debtor requests from the Court an expansion of time of thirty days in order to complete;

3. Debtor is 71 years old, computer illiterate and suffering from elder legal abuse.

WHEREFORE, for the above reasons, debtor Michael James Garvey moves the Court to grant an expansion of time to complete the Chapter 13 Plan and Schedules.

Respectfully submitted by:

*/s/ Michael James Garvey*
Michael James Garvey
330 Walter Godbey Road
West Jefferson, NC 28694
336-877-6298
cpprep@skybest.com

## CERTIFICATION

Petitioner certifies an exact copy of the preceding was mailed to the below address(es) on 2nd day of September, 2016 year.

Lacey M Moore, Hutchens, Etal
6238 Fairview Fairview Rd., Ste 105
Charlotte, NC 28220

Steven D. Tate
212 Cooper St.
Statesville, NC 28677

U.S. Bankruptcy Court
Clerk Office
200 West Broad St.
Room 100, 1st Floor
Statesville, NC 28677

## VERIFICATION

Petitioner avers the preceding pleading is accurate and true to the best of his knowledge at this juncture in time.

2nd day of September month, 2016 year

Mike Garvey
330 Walter Godfrey
West Jefferson, NC 28694
336-877-6298