FILED & JUDGMENT ENTERED
Steven T. Salata

September 7 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

In re:                              )
                                    )
**MICHAEL JAMES GARVEY,**           )   Chapter 13
                                    )   Case No.: 16-50518
            Debtor.                 )
_____)

**ORDER GRANTING EXTENSION OF TIME TO SEPTEMBER 19**

**THIS MATTER** is before the court on the "Motion for Expansion of Time" ("Motion") filed by the pro se Debtor on September 6, 2016. The Motion seeks additional time for the Debtor to file the schedules and statements referenced in the court's August 26, 2016 Notice of Deficient Filing ("Notice"). The Motion says the Debtor needs additional time because he is "71 years old, computer illiterate and suffering from elder legal abuse."

For good cause shown, the court **GRANTS** the Debtor's Motion. The Motion seeks an additional 30 days for the Debtor to file his schedules and statements; however, the Debtor's § 341 meeting of creditors is scheduled for September 22, 2016. The Chapter 13 Trustee and other parties in interest should have the

opportunity to review the Debtor's schedules and statements prior to his § 341 meeting. Accordingly, the Debtor shall have until **MONDAY, SEPTEMBER 19, 2016** to file the items referenced in the Notice. If the Debtor does not file these documents on or before September 19, 2016, the court will dismiss this case without further notice or opportunity for hearing.

    **SO ORDERED.**

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court