IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

IN RE:

MICHAEL JAMES GARVEY AKA MIKE GARVEY

16-50518
Chapter 13

**NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure enters the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Seterus, Inc., as authorized subservicer for Fannie National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure be mailed to counsel.

*/s/ Michael Jay Emrey*
Michael Jay Emrey
NC Bar # 49187
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

IN RE:

**MICHAEL JAMES GARVEY AKA MIKE GARVEY**

**16-50518
Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

| (Served via U.S. Mail) | (Served via U.S. Mail and Electronic Notification) |
|---|---|
| Michael James Garvey aka Mike Garvey | Steven G. Tate |
| 330 Walter Godbey Road | 212 Cooper Street |
| West Jefferson, NC 28694 | Statesville, NC 28677 |

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 9th day of September, 2016.

*/s/ Michael Jay Emrey*
Michael Jay Emrey
NC Bar # 49187
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

16-084863