United States Bankruptcy Court
Western District of North Carolina

In re:                                                                    Case No. 16-50518-ltb
Michael James Garvey                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-5        User: toweryk        Page 1 of 1        Date Rcvd: Sep 07, 2016
                            Form ID: pdf         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db              +Michael James Garvey,   330 Walter Godbey Road,   West Jefferson, NC 28694-9145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

FILED & JUDGMENT ENTERED
Steven T. Salata

September 7 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **MICHAEL JAMES GARVEY,** ) | Chapter 13 |
| ) | Case No.: 16-50518 |
| Debtor. ) | |
| _____ ) | |

### ORDER GRANTING EXTENSION OF TIME TO SEPTEMBER 19

**THIS MATTER** is before the court on the "Motion for Expansion of Time" ("Motion") filed by the pro se Debtor on September 6, 2016. The Motion seeks additional time for the Debtor to file the schedules and statements referenced in the court's August 26, 2016 Notice of Deficient Filing ("Notice"). The Motion says the Debtor needs additional time because he is "71 years old, computer illiterate and suffering from elder legal abuse."

For good cause shown, the court **GRANTS** the Debtor's Motion. The Motion seeks an additional 30 days for the Debtor to file his schedules and statements; however, the Debtor's § 341 meeting of creditors is scheduled for September 22, 2016. The Chapter 13 Trustee and other parties in interest should have the

opportunity to review the Debtor's schedules and statements prior to his § 341 meeting.  Accordingly, the Debtor shall have until **MONDAY, SEPTEMBER 19, 2016** to file the items referenced in the Notice.  If the Debtor does not file these documents on or before September 19, 2016, the court will dismiss this case without further notice or opportunity for hearing.

    **SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |